AO 91 (Rev. 11/11)  Criminal Complaint

FILED ___ ENTERED
LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

NOV 09 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 17-3079SAG |
| Derrick Grant | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2017__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 922(g)(1) | Possession of a firearm and ammunition by a felon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Brandon Piccirilli, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: Nov 9, 2017

_____
Judge's signature

City and state: Baltimore, Maryland        Stephanie A. Gallagher, U.S. Magistrate Judge
Printed name and title



# AFFIDAVIT



I, Brandon Piccirilli, being duly sworn, do hereby depose and state:

## Introduction

1. I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so since 2016. I have conducted and participated in numerous investigations concerning the illegal possession of firearms. I successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy at the Federal Law Enforcement Training Center, located in Glynco, Georgia, where I received specialized training in the investigation of federal crimes involving firearms, alcohol and tobacco diversion, arson and explosives, and narcotics. Prior to being employed by ATF, I graduated from University of Maryland in May, 2015 with a Bachelor of Arts degree in criminology and criminal justice.

2. I am currently assigned to the ATF Baltimore Field Division, Baltimore Group II, which investigates violations of federal firearms laws, violent crimes, and armed narcotics trafficking.

3. This affidavit is made in support of complaint against a DERRICK GRANT, of Baltimore City, Maryland, charging him with possession of a firearm and ammunition by a prohibited person on July 14, 2017, in the District of Maryland, in violation of 18 U.S.C. § 922(g).

4. The following information contained in this affidavit is based on my training and experience, my personal observations in this investigation, including information learned from interviews, and information provided to me by other law enforcement officials. Not all of the facts

of the investigation known to me are contained herein, only those necessary to establish probable cause for the stated offense.

## Summary of the Investigation

5. On July 14, 2017, Officer Jason Dipaola with the Baltimore Police Department was in a covert position observing the rear area of the 5100 block of Park Heights Avenue in Baltimore City, Maryland. At approximately 8:45PM, Officer Dipaola observed a male later identified as Derrick GRANT ("GRANT"), walk through the area. While he walked, GRANT grabbed at his pants pockets, which the officer believed were security checks for a weapon by GRANT. Officer Dipaola notified other officers in the area that he believed GRANT may be armed. Sergeant Kenneth Ramberg with the Baltimore Police Department approached GRANT and spoke to GRANT who stood with several other individuals in the area. Sgt. Ramberg said, "Hey sir" to GRANT, who then began running. Sgt. Ramberg and eventually Officer DiPaola pursued GRANT on foot. Prior to entering an alleyway, GRANT tossed a firearm to the ground and continued running. Sgt. Ramberg recovered the firearm and Officer Dipaola and Officer Hijiki Berry apprehended GRANT shortly thereafter. GRANT was mirandized by Sgt. Ramberg and GRANT acknowledged his rights. Sgt. Ramberg asked GRANT, "you had this protection?" GRANT replied, "yeah, I have a hit on my head." Sgt. Ramberg asked, "That's why you had it on you?" GRANT stated yeah. The firearm tossed to the ground by GRANT, and recovered by Sgt. Ramberg, was a Ruger P345 .45 Semi-Automatic Pistol, with an obliterated serial number.

6. A review of GRANT's criminal history revealed prior convictions for crimes punishable by a term of imprisonment exceeding one year. A check conducted on the Ruger P345 .45 Semi-Automatic Pistol, revealed that the firearm was not manufactured in the state of Maryland and thus traveled in interstate and/or foreign commerce prior to its recovery in Maryland.

2

Preliminary observations of the weapon by law enforcement indicates that the weapon appears to be capable of expelling a projectile by the action of an explosive, or is designed or may be readily converted to do so, or contains the frame or receiver of such a weapon and therefore constitutes a firearm as defined by 18 U.S.C. § 921.

## Conclusion

7. Therefore, based on the facts set forth above, I believe there is probable cause to believe that the defendant DERRICK GRANT possessed a firearm while being a prohibited person, on July 14, 2017, in the District of Maryland, in violation of 18 U.S.C. § 922 (g).

Brandon Piccirilli
Special Agent, ATF

Sworn to and subscribed before me this 9th day of November, 2017.

Stephanie A. Gallagher
United States Magistrate Judge